IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| FORT GORDON HOUSING, LLC, d/b/a BALFOUR BEATTY COMMUNITIES, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 118-088 |
| LILLIAN YOUNG, | * * | |
| Defendant. | * | |

**O R D E R**

Presently pending before the Court is Plaintiff's notice of voluntary dismissal. (Doc. 5.) Plaintiff filed its notice prior to Defendants having served either an answer or a motion for summary judgment. Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that the above-captioned action is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of September, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA